**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | | |
|---|---|---|
| **STAR SYSTEMS INTERNATIONAL LIMITED,** | § § § § | |
| Plaintiff, | § | |
| v. | § § | Civil Action No. 4:18-cv-574 |
| **NEOLOGY, INC.,** | § § § | |
| Defendant. | § | |

## DEFENDANT'S NOTICE OF APPEAL

Defendant Neology, Inc. ("Defendant") files this Notice of Appeal of this Court's Memorandum Opinion and Order dated January 16, 2019 [Dkt. 37], under the collateral order doctrine applicable to the Texas Citizens Participation Act ("TCPA") as discussed in *NCDR, L.L.C. v. Mauze & Bagby, PLLC.*, 745 F.3d 742 (5th Cir. 2014).

This appeal is being taken to the United States Court of Appeals for the Fifth Circuit.

Respectfully submitted,

*/s/ Jefferey W. Hellberg, Jr.*
Jeffery W. Hellberg, Jr.
Texas Bar No. 00796738
jeff.hellberg@wickphillips.com
David Anderson
Texas Bar No. 00796126
david.anderson@wickphillips.com
Paul Merrill Chappell
Texas Bar No. 24097489
paul.chappell@wickphillips.com

**Wick Phillips Gould & Martin, LLP**
3131 McKinney Avenue, Suite 100
Dallas, Texas 75204
Telephone: 214.692.6200
Facsimile: 214.692.6255

Jason M. Berent
Texas Bar No. 24027143
jberent@berentlawfirm.com

**Berent Law Firm, PLLC**
5600 Tennyson Parkway, Suite 310
Plano, Texas 75024
Telephone: 214.692.5800
Facsimile: 214.692.5806

Eric H. Findlay
Texas State Bar No. 00789886
EFindlay@FindlayCraft.com
Brian Craft
Texas State Bar No. 04972020
BCraft@FindlayCraft.com

**Findlay Craft P.C.**
102 North College Avenue, Suite 900
Tyler, Texas 75702
Telephone: 903.534.1100
Facsimile: 903.534.1137

**ATTORNEYS FOR DEFENDANT NEOLOGY, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Federal Rule of Civil Procedure 5(d) and Local Rule CV-5(a) and was served on counsel of record on January 22, 2019.

*/s/ Jeffrey W. Hellberg*
Jeffrey W. Hellberg